THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARVIN BYER, Appellant.

Submitted August 20, 2012; decided August 28, 2012

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.